UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHUKWUMA E. AZUBUKO

v. C.A. 07-089ML

JUDGE THOMAS P. GRIESA

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated March 12, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Proceed In Forma Pauperis is DENIED and the complaint is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e) (2) for lack of jurisdiction.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
March 27, 2007

Entered as an Order of this Court on March 27, 2007

Barbara Barletta
Deputy Clerk