# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CHUKWUMA E. AZUBUKO**

**VS.** **C.A. NO. 07-89ML**

**JUDGE THOMAS P. GRIESA**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Judge Thomas P. Griesa, against the plaintiff, Chukwuma E. Azubuko, pursuant to the Order dated March 27, 2007 DISMISSING plaintiff's complaint for lack of jurisdiction.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: March 27, 2007