**UNITED STATES' DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AZUBUKO

V.

GRIESA

CIVIL ACTION NUMBER:
07-89ML

---

**PLAINTIFF'S NOTICE OF APPEAL TO THE FIRST CIRCUIT**

---

The Plaintiff had received the Court's characteristic dismissed order for "... lack of jurisdiction" dated March 27th *ultimo* and postmarked the self-same on April 31st - 2007.
The Court's jurisprudence technique had been predictable as well as the one of the Plaintiff.
The latter's technique lent itself to sorry conclusions.

CHUKWUMA E. AZUBUKO,
Pro Se.

**Dated in Boston - Massachusetts - on Monday April 2nd - 2007.**