CA 07-89 J. Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1580

CHUKWUMA E. AZUBUKO,

Plaintiff, Appellant,

v.

JUDGE THOMAS P. GRIESA, IN HIS OFFICIAL CAPACITY,

Defendant, Appellee.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

JUDGMENT

Entered: September 21, 2007

Appellant Chukwuma E. Azubuko filed a complaint, in the Rhode Island district court, against Judge Thomas Griesa, a judge of the federal district court for the Southern District of New York; the complaint essentially sought review of a judicial ruling that Judge Greisa had made in two cases that appellant had filed in the New York federal court. However, because the Rhode Island court had no basis on which to review the ruling or to award damages against the judge, the action was properly dismissed.

The judgment of the district court therefore is summarily affirmed. See Local Rule 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: OCT 12 2007

[cc: Stephen Miner, Mary E. Maloney AAG, Nancy J. Smith AAG, John Vinson Esq.]